UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAQUETTA WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:20-cv-01152 |
| | ) |
| LIBERTY UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES PLAINTIFF AND DEFENDANT, by and through their undersigned attorneys, to respectfully notify this Honorable Court of Plaintiff's dismissal of this matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii). Each party shall bear their own costs and attorneys' fees. No consideration of any kind was paid by Defendant to Plaintiff in connection with this matter.

Respectfully submitted this 2nd Day of June, 2020,

By: /s/ Alexander J. Taylor
ALEXANDER J. TAYLOR
SULAIMAN LAW GROUP, LTD.
TX State Bar No. 6327679
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
P: (331) 307-7646
F: (630) 575-8188
E: ataylor@sulaimanlaw.com
Attorney for Plaintiff

By: /s/ Andrew R. Kasner
ANDREW R. KASNER
MCDOWELL HETHERINGTON LLP
TX State Bar No. 24078770
Southern District No. 1347908

        1001 Fannin Street, Suite 2700
Houston, Texas 77002
P: (713) 337-8868
F: (713) 333-5987
E: andrew.kasner@mhllp.com
*Attorney for Liberty University, Inc.*

Filed electronically on this __ Day of June, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Lynn N. Hughes
United States District Court
Southern District of Houston

And all counsel registered on ECF.

This ___ Day of June, 2020.

/s/_____
ALEXANDER J. TAYLOR
Attorney for Plaintiff