UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Laquetta M. Ward, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-1152 |
| | § | |
| Liberty University, Inc., | § | |
| | § | |
| Defendant. | § | |

# Final Dismissal

On the parties' joint stipulation, this case is dismissed with prejudice. (12)

Signed on June 4, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge